UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADINE JOHNSON**, 6434 N. 15th Street Philadelphia, PA 19126 | : : : : | CIVIL ACTION |
| Plaintiff, vs. | : : : : | **No. 02-CV-4165** |
| **NCO FINANCIAL SYSTEMS, INC.**, 507 Prudential Road Horsham, PA 19044 | : : : : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

JURY TRIAL DEMANDED
**FEE PERFECTED**

TO THE PROTHONOTARY:

Kindly enter the appearance of Butler Buchanan, III, Esquire and Andrew M. Schwartz, Esquire, as counsel on behalf of Defendant, NCO Financial Systems, Inc., in the above-captioned matter.

**MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN**

BY: _____
BUTLER BUCHANAN, III, ESQUIRE,
ANDREW M. SCHWARTZ, ESQUIRE,
Attorneys for Defendant

Attorney for Defendant, NCO Financial Systems, Inc.

1845 Walnut Street
Philadelphia, PA 19103
215-575-2661/2765