UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NADINE JOHNSON**, | : | CIVIL ACTION |
| 6434 N. 15th Street | : | |
| Philadelphia, PA 19126 | : | |
| | : | **No. 02-CV-4165** |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.**, | : | |
| 507 Prudential Road | : | |
| Horsham, PA 19044 | : | |
| | : | |
| Defendant. | : | |

## VERIFICATION

Andrew M. Schwartz, Esquire, Attorney for Defendant, NCO Financial Systems, Inc., verifies that the facts set forth in NCO Financial Systems, Inc.'s Answer to Plaintiff's Complaint, are true to the best of his knowledge, information and belief.  If the above statements are knowingly false, the deponent understands that he may be subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

_____
ANDREW M. SCHWARTZ, ESQUIRE

Dated:  **August 29, 2002**