IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADINE JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| NCO FINANCIAL SYSTEMS INC. | : | NO. 02-4489 |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, January 16, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: October 2, 2002

Copies:   Rita Polkowski, Secretary to Judge Yohn
          Docket Clerk - Case File

       Counsel:   Andrea M. Deutsch, Esq.
                  Frank Campese, Jr., Esq.
                  Butler Buchanan, III, Esq.

ARB2.FRM